**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6355**

———————

DONALD DURRANT FARROW,

                    Plaintiff - Appellant,

          v.

STATE OF NORTH CAROLINA; CLERK JOHN DOE, Clerk of Superior
Court; JUDGE JOHN DOE, Resident Superior Court Judge,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge.  (5:13-ct-03100-D)

———————

Submitted:  June 26, 2014            Decided:  June 30, 2014

———————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald Durrant Farrow, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Durrant Farrow appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Farrow v. North Carolina, No. 5:13-ct-03100-D (E.D.N.C. Feb. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED